# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  August 13, 2015                    519904
_____

In the Matter of MATTHEW
    WIGGINS,
                        Petitioner,

        v                                    MEMORANDUM AND JUDGMENT

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                        Respondent.
_____

Calendar Date:   June 8, 2015

Before:   Peters, P.J., McCarthy, Rose and Clark, JJ.

_____

        Matthew Wiggins, Monticello, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in St. Lawrence
County) to review two determinations of the Commissioner of
Corrections and Community Supervision which found petitioner
guilty of violating certain prison disciplinary rules.

        Determinations confirmed.  No opinion.

        Peters, P.J., McCarthy, Rose and Clark, JJ., concur.

ADJUDGED that the determinations are confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court